Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Valerie Bradbury (SBN 249868)
valerie@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
Sabrina Jangda (SBN 285486)
sabrina@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street | Los Angeles, CA 90028
Telephone: (888) 635-2250 | Facsimile: (213) 402-2170
Attorneys for Plaintiff,
**TODD WILLIAMSON**

[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WILLIAMSON, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>8 LA PIZZAS, LLC, a California limited liability company; and DOES 1-10,<br><br><br>        Defendants. | Case No. 2:21-cv-06891-SPG-AGR<br><br>Hon. Sherilyn Peace Garnett<br><br>**JOINT STATEMENT REGARDING SETTLEMENT STATUS** |

1

JOINT STATEMENT REGARDING SETTLEMENT STATUS

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
A Limited Liability Partnership
Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No.210704
mchilleen@sheppardmullin.com
650 Town Center Drive,10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant,
**8 LA PIZZAS, LLC**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

2:21-cv-06891-SPG-AGR
JOINT STATEMENT REGARDING SETTLEMENT STATUS

Plaintiff, Todd Williamson ("Plaintiff"), and Defendant, 8 LA Pizzas, LLC ("Defendant")—collectively, the "Parties"—by and through their counsel of record, respectfully provide the following statement to the Court:

1. WHEREAS, pursuant to the Court's Order (Dkt. No. 31), the Parties were required to file a notice of dismissal on or before September 21, 2022 in order for the Order to Show Cause re Dismissal scheduled for September 28, 2022 to be taken off calendar;

2. WHEREAS, counsel for the Parties have finalized the settlement agreement;

3. WHEREAS, the Parties have fully executed the settlement agreement;

4. WHEREAS, the Parties are to fully consummate the settlement agreement forthwith and file the notice of dismissal;

5. THEREFORE, the Parties respectfully request an additional 30 days to file a notice of dismissal.

IT IS SO STATED.

THE LAW OFFICE OF HAKIMI & SHAHRIARI

Dated:  September 27, 2022        */s/ Lauren Davis*
                                 LAUREN DAVIS
                                 Attorneys for Plaintiff, Todd Williamson

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated:  September 27, 2022        */s/ Michael J. Chilleen*
                                 MICHAEL J. CHILLEEN
                                 Attorneys for Defendant, 8 LA Pizzas, LLC

## **SIGNATURE ATTESTATION**

I, Lauren Davis, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


/s/Lauren Davis

Lauren Davis

4