# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WILLIAMSON, an individual, | Case No.: 2:21-cv-06891-SPG-AGR |
| Plaintiff, | *Hon. Sherilyn Peace Garnett* |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| 8 LA PIZZAS, LLC, a California limited liability company; and DOES 1-10, | Action Filed: August 26, 2021<br>Trial Date:    January 17, 2023 |
| Defendants. | |

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Todd Williamson's action against Defendant 8 LA PIZZAS, LLC, a California limited liability company, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: December 1, 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE